204 F.2d 696
 Jack YELVINGTON,
v.
C. H. LOONEY, Warden, United States Penitentiary, Leavenworth, Kansas.
 No. 4626.
 United States Court of Appeals Tenth Circuit.
 April 14, 1953.
 
 Whitney W. Potter, St. Joseph, Mo., for appellant.
 Eugene W. Davis, U.S. Atty., and Robert H. Bingham, Asst. U.S. Atty., Topeka, Kan., for appellee.
 Before PHILLIPS, Chief Judge, and MURRAH and PICKETT, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed on motion of appellee, on ground appeal is moot.